UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVIER JANIEL,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      Defendant Janiel is currently detained at the Metropolitan Correctional Center. He has moved for release on bail. (Dkt. No. 24) The Government opposes the Defendant's application. (Dkt. No. 25) No trial date has been set, and the parties are currently reviewing discovery and contemplating pretrial motions.

      By April 4, 2020, Defendant will make a submission stating whether he consents to having his bail application decided on the papers, and waives his right to a hearing. The Government will likewise make a submission by April 4, 2020 stating whether it consents to having Defendant's bail application decided on the papers.

Dated: New York, New York
April 2, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge