**LAW OFFICE OF EVANS D. PRIESTON**
ATTORNEY at LAW
47-40 21st Street, 10th Floor
Long Island City, NY 11101
718-424-2444 (o)
914-841-5555 (c)

April 13, 2020

**MEMO ENDORSED**

The Application is granted.

SO ORDERED:

*Paul G. Gardephe*
Paul G. Gardephe, U.S.D.J.

Dated: April 14, 2020

<u>Via ECF</u>

Hon. Paul G. Gardephe, D.J.
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    **United States of America v. Javier Janel**
              **19 Cr. 00818 (PGG)**

Dear Judge Gardephe:

      Defendant Javier Janel is quarantined at the MCC. As such, he is under quarantine and can only make phone calls every three days. As such, he must now choose between calling his family or calling his lawyer. The MCC personnel will accommodate court ordered phone calls and permit him to keep his scheduled personal calls.

      I am hereby requesting that this Court issue an order permitting defendant to make "legal calls" to his attorney, the undersigned once per week.

      Thank you for your attention to this.

                                          Very truly yours,

                                          *Evans D. Prieston*

                                          Evans D. Prieston