UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVIER JANIEL

Defendant.

**ORDER**

19 Cr. 818-2 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

It is hereby ORDERED that the conference in this action previously scheduled for December 9, 2020 is adjourned to **December 11, 2020 at 9:00 a.m.** as to Defendant Javier Janiel. The conference will take place by telephone.

Dated: New York, New York
December 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge