UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -against-

JAVIER JANIEL,

              Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the conference in this action previously scheduled for **February 26, 2021** is adjourned to **April 2, 2021 at 10:30 a.m.**

    Upon the application of Defendant Javier Janiel, by and through his attorney Evans Prieston, and with the consent of the United States of America, by and through Assistant United States Attorney Lindsey Keenan, it is hereby ORDERED that the time from February 26, 2021 through April 2, 2021 is excluded under the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(7)(A). The Court finds that the granting of such a continuance serves the ends of justice and outweighs the best interests of the public and the defendant in a speedy trial, because the additional time will permit defense counsel to properly prepare the Defendant for his expected Rule 11 proceeding.

Dated: New York, New York
       February 25, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge