UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVIER JANIEL,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The sentencing currently scheduled for October 25, 2021 is adjourned to **October 26, 2021 at 12:00 p.m.**

Dated:  New York, New York
        October 15, 2021

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge