

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 18, 2021

**BY ECF**

The Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

MEMO ENDORSED:
The application is granted.  The Government's submission is now due on October 25, 2021.

SO ORDERED.

*Paul G. Gardephe*
Paul G. Gardephe
United States District Judge
Dated: October 22, 2021

**Re:** *United States v. Javier Janiel*, 19 Cr. 818 (PGG)

Dear Judge Gardephe:

      The Government writes to respectfully request adjournment of the date for filing of its sentencing submission regarding defendant Javier Janiel.  The defendant is currently scheduled for sentencing on October 26, 2021; however, I understand from defense counsel that he intends to file a letter today requesting that the sentencing be adjourned due to a scheduling conflict.  I further understand from defense counsel that he intends to file his sentencing submission today.  In order to afford the Government the opportunity to respond to the defense submission in its own letter, the Government requests a brief adjournment of the date for filing of its sentencing submission.  The defendant, through his counsel, consents.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney

by:    /s/
      Celia V. Cohen
      Assistant United States Attorney
      (212) 637-2466

cc: Evans Prieston, Esq. (by ECF)