UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JAVIER JANIEL,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for October 16, 2024 is adjourned to **October 21, 2024 at 11:00 a.m.** The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
October 15, 2024

SO ORDERED

_____
Paul G. Gardephe
United States District Judge