UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-against-<br><br>JANIEL JAVIER,<br><br>      Defendant. | **ORDER**<br><br>19 Cr. 818 (PGG) |

PAUL G. GARDEPHE, U.S.D.J.:

    The conference scheduled for November 25, 2024 is adjourned to **January 27, 2025 at 2:30 p.m.** pursuant to U.S. Probation Officer Stephanie Zhang's request. The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
   November 25, 2024

                  SO ORDERED.

                  _____
                  Paul G. Gardephe
                  United States District Judge