UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JANIEL JAVIER,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for January 27, 2025 is adjourned to due to **February 4, 2025 at 2:30 p.m**. The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
January 24, 2025

SO ORDERED.

_Paul S. Gardephe_

Paul G. Gardephe
United States District Judge