UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| -against- | **ORDER** |
| JANIEL JAVIER, | 19 Cr. 818 (PGG) |
| Defendant. | |

PAUL G. GARDEPHE, U.S.D.J.:

The conference scheduled for April 8, 2025 is adjourned to **April 30, 2025 at 3:00 p.m.** The conference will take place in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
        April 7, 2025

SO ORDERED.

*Paul S. Gardephe*

Paul G. Gardephe
United States District Judge