THE LAW FIRM OF

# CÉSAR DE CASTRO, P.C.

ATTORNEY AT LAW

The District
111 Fulton Street - 602
New York, New York 10038
631.460.3951 Office
646.285.2077 Mobile
646.839.2682 Facsimile
cdecastro@cdecastrolaw.com
cdecastrolaw.com

August 13, 2025

*Via* ECF

The Honorable Paul G. Gardephe
U.S. District Judge
United States Courthouse
Southern District of New York
40 Foley Square
New York, New York 10007

Re:    *United States v. Janiel Javier,* 19 Cr. 818 (PGG)

Dear Judge Gardephe,

As the Court is aware, I was appointed to represent Mr. Javier in the above-referenced matter
pursuant to the Criminal Justice Act. Mr. Javier's next status conference was scheduled for
August 15, 2025, at 11:00 AM, and then yesterday it was rescheduled for August 15, 2025, at
3:00 PM. Unfortunately, I have a conflict at that time. I have conferred with the parties and
would request that Mr. Javier next conference be adjourned to September 5, 2025, at a time
convenient for the Court.

Respectfully submitted,

/s/

César de Castro

MEMO ENDORSED

The Application is granted. The hearing is adjourned
to September 5, 2025 at
11:00 A.M.

SO ORDERED:

_____
Paul G. Gardephe, U.S.D.J.

Dated:    August 13, 2025