UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-against-

JANIEL JAVIER,

Defendant.

**ORDER**

19 Cr. 818 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

The conference currently scheduled for September 5, 2025, at 11:00 a.m., is adjourned to **September 12, 2025, at 11:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
September 3, 2025

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge